

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,336-01

### EX PARTE DAVID NOE SANCHEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 11-CRD-30-A IN THE 229TH DISTRICT COURT
### FROM DUVAL COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of injury to a child and sentenced to forty-five years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On June 12, 2020, the trial court scheduled a hearing to be held on June 18, 2020. The record contains no order designating issues, so the district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: September 16, 2020
Do not publish